■ LYNNE BARASCH et al., Plaintiffs, v PATRICK MCSHARA et al., Defendants. (And Other Actions.) KOPALD & KOPALD, Appellant, v KARON, JEPSEN & DALY, Respondent.—Order, Supreme Court, New York County (Helen Freedman, J.), entered on November 12, 1987, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The motion by respondent to dismiss appellant's appeal denied. No opinion. Concur—Sandler, J. P., Sullivan, Milonas, Kassal and Smith, JJ.

■ PEOPLE v ARMANDO CINTRON.—Reargument of this court's order (141 AD2d 1009) entered on June 30, 1988 granted; that order vacated; and the parties directed to serve and file supplemental briefs addressing and analyzing the impact of *Coy v Iowa* (487 US —, 108 S Ct 2798); appellant's supplemental brief to be filed on or before October 28, 1988, People's supplemental brief on or before November 14, 1988; and appeal held in abeyance. Concur—Kupferman, J. P., Carro, Milonas, Ellerin and Wallach, JJ.